**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**John C. West –** 007233
Direct Dial: 602.262.5781
Email: jwest@lrrc.com

**Justin J. Henderson –** 026930
Direct Dial: 602.262.5738
jhenderson@lrrc.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Urban, a married man,<br><br>    Plaintiff,<br><br>vs.<br><br>Health Net Life Insurance Company, a foreign insurance company domiciled in California,<br><br>    Defendant. | No._____<br><br>**NOTICE OF REMOVAL** |

Defendant Health Net Life Insurance Company, a California company, respectfully submits this Notice of Removal of the above-entitled action from the Superior Court of the State of Arizona in and for the County of Maricopa to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1441(a), 1441(b)(2) and 1446, and states as follows:

1. This action is being removed to the District Court based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(1), (c)(1); and federal question jurisdiction under 28 U.S.C. §§ 1331; 1441(a) and (b); and 28 U.S.C. § 1446(c)(2)(A).

2. On August 15, 2016, Health Net Life Insurance Company was served via certified mail with a Summons, Complaint, and Certificate of Compulsory Arbitration in the case entitled *Craig Urban v. Health Net Life Insurance Company*, Maricopa County Superior Court Cause No. CV2016-096184 (the "State Court Action"). True and complete copies of the Service of Process, Summons, Complaint, Certificate of Compulsory Arbitration and Civil Coversheet in the State Court Action are attached hereto as Exhibits A, B, C, D and E.

2010813237_1

3. No pleadings or other documents have been filed in the State Court Action except those filed with this Court accompanying this Notice of Removal.

4. This Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1) in that the parties are citizens of different states:

    A. Plaintiff is a citizen of the State of Arizona.

    B. Defendant Health Net Life Insurance Company is a citizen of California as it was incorporated under the laws of the State of California and has its principal place of business in Woodland Hills, California. *See* 28 U.S.C. § 1332(c)(1).

5. In the Complaint, Plaintiff alleges that under the terms of the insurance policy with Defendant Health Net Life Insurance Company, Defendant is obligated to reimburse and/or pay Plaintiff for his medical expenses. The Complaint alleges that Defendant has breached the insurance contract by failing to pay medical benefits pursuant to the terms and conditions of the insurance policy and seeks unspecified compensatory, bad faith and punitive damages.

6. Plaintiff's allegations are premised on his participation in an employee welfare benefit plan sponsored by Associated Finishes, Inc. and administered by Health Net Life Insurance Company. As such, the claims are governed and completely preempted by the Employment Retirement Income Security Act of 1974 ("ERISA"). *Aetna Health, Inc. v. Davila*, 542 U.S. 200, 209 (2004).

7. This Court has federal question jurisdiction under 28 U.S.C. § 1331 in that the claims at issue in Plaintiff's Complaint arise under ERISA. 29 U.S.C. §§ 1001 *et seq.*; 29 U.S.C. § 1132(e).

8. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs. *See* 28 U.S.C. § 1446(c)(2)(A)(ii).

9. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1), as it is being filed within 30 days after receipt by Defendant Health Net Life Insurance Company of the Complaint, which is the document that provides the basis for removal.

10. The undersigned attorney certifies that he has caused a copy of the original Notice of Removal to be filed with the Clerk of the Superior Court of Arizona, Maricopa County.

WHEREFORE, Defendant Health Net Life Insurance Company respectfully requests this Court to assume jurisdiction over the cause herein, as provided by law.

RESPECTFULLY SUBMITTED this 14th day of September, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/John C. West*
John C. West
Justin J. Henderson
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
*Attorneys for Defendant*

2010813237_1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Steven E. Harrison – sharrison@hhlaw-az.com

Matthew S. Harrison – mharrison@hhlaw-az.com

By:   *s/Ashly White*

2010813237_1

4