# EXHIBIT A



# Service of Process Transmittal
08/15/2016
CT Log Number 529680424

**TO:** Juliet Grimson
Health Net, Inc.
21650 Oxnard St Ste 1560
Woodland Hills, CA 91367-7803

**RE:** **Process Served in Arizona**

**FOR:** Health Net Life Insurance Company  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Craig Urban, etc., Pltf. vs. Health Net Life Insurance Company, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2016096184 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/15/2016 postmarked on 08/12/2016 |
| **JURISDICTION SERVED:** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Steven E. Harrison<br>Harrison Law Group PLC<br>2158 North Gilbert Road, Suite 113<br>Mesa, AZ 85203<br>480-339-4439 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/16/2016, Expected Purge Date: 08/21/2016<br><br>Image SOP<br><br>Email Notification, Juliet Grimson  Juliet.L.Grimson@healthnet.com<br><br>Email Notification, Juliet Grimson  Juliet.L.Grimson@healthnet.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3800 N Central Avenue<br>Suite 460<br>Phoenix, AZ 85012 |
| **TELEPHONE:** | 602-248-1145 |

Page 1 of  1 / HP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

MICHAEL K. JEANES, CLERK
BY /s/ N. Cotton DEP

N. COTTON, FILED

16 AUG 18 PM 1:42

Harrison Law Group PLC
2158 N Gilbert Rd
113
Mesa, AZ 85203
(480) 339-4436

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**CRAIG URBAN, a married man,**
                          Plaintiff,

vs.

**HEALTH NET LIFE INSURANCE COMPANY, a foreign insurance company domiciled in California,**
                          Defendant.

Case Number: CV2016-096184

**AFFIDAVIT OF SERVICE**

Received by HOT SHOT DELIVERY INC. on the 11th day of August, 2016 at 1:00 pm to be served on Health Net Life Insurance Company c/o Arizona Department of Insurance, 2910 N. 44th Street, Phoenix, AZ 85018.

I, Robert Saldana Badge No. MC-7367, being duly sworn, depose and say that on the 11th day of August, 2016 at 2:05 pm, I:

**PERSONALLY:** served by delivering a true copy of the Summons, Complaint, Certificate of Compulsory Arbitration (2 copies); Processing Fee $15.00 with the date and hour of service endorsed thereon by me to: Yuliana Salinas as Fiscal Services Specialist for Arizona Department of Insurance for Health Net Life Insurance Company, at the address of: 2910 N. 44th Street, Phoenix, AZ 85018, and informed said person of the contents therein in compliance with state statutes and stating to me at the time of service that he/she is authorized to accept service of process.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

ORIGINAL

Subscribed and Sworn to before me on the 17 day of
August, 2016 by the affiant who is personally
known to me.
_____
NOTARY PUBLIC

CHRIS TURNAGE
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
January 25, 2019

Robert Saldana Badge No. MC-7367
Licensed Process Server

**HOT SHOT DELIVERY INC.**
236 East Pima Street
Suite 106
Phoenix, AZ 85004
(602) 277-4747
Our Job Serial Number: DEK-2016001587
Ref: 4579-001

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

# EXHIBIT B

MICHAEL K. JEANES, CLERK
BY _____ DEP
N. COTTON, FILED
16 AUG 18 PM 1:42

Steven E. Harrison No. 010632
sharrison@hhlaw-az.com
Matthew S. Harrison No. 030769
mharrison@hhlaw-az.com
**HARRISON LAW GROUP** PLC
2158 North Gilbert Road, Suite 113
Mesa, Arizona 85203
Telephone (480) 339-4439
Facsimile (480) 339-4441



*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CRAIG URBAN, a married man,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET LIFE INSURANCE COMPANY, a foreign insurance company domiciled in California,<br><br>Defendant. | Case No. CV2016-096184<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer,<br>Contact the Lawyer Referral Service at<br>602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

THE STATE OF ARIZONA TO THE DEFENDANTS:

HEALTH NET LIFE INSURANCE COMPANY
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, California 90017

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona—whether by direct service, registered or certified mail, or by publication--you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer, or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete

Page 1

when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. **Ariz. R. Civ. P. Rule 4; A.R.S. §§ 20-222, 28-502, 28-503.**

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. **Ariz. R. Civ. P. Rules 5, 10(d); A.R.S. § 12-311.**

The name, address, and telephone number of Plaintiff's attorney is:

Steven E. Harrison, Esq.
HARRISON LAW GROUP, PLC
2158 N. Gilbert Road
Mesa, Arizona 85203

Requests for reasonable accommodations for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled court proceeding.

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

SIGNED AND SEALED THIS DATE: AUG 11 2016

Clerk of the Superior Court



By: _____
Deputy Clerk

MICHAEL K. JEANES, CLERK

M. Racer
Deputy Clerk

# EXHIBIT C

MICHAEL K. JEANES
Clerk of the Superior Court
By Megan Racer, Deputy
Date 08/11/2016 Time 11:44:45
Description                  Amount
-------- CASE# CV2016-096184 --------
CIVIL NEW COMPLAINT           319.00

TOTAL AMOUNT                  319.00
         Receipt# 25414139

Steven E. Harrison No. 010632
sharrison@hhlaw-az.com
Matthew S. Harrison No. 030769
mharrison@hhlaw-az.com
**HARRISON LAW GROUP** PLC
2158 North Gilbert Road, Suite 113
Mesa, Arizona 85203
Telephone (480) 339-4439
Facsimile (480) 339-4441

*Attorneys for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CRAIG URBAN, a married man,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET LIFE INSURANCE COMPANY, a foreign insurance company domiciled in California,<br><br>Defendant. | Case No.: CV2016-096184<br><br>**COMPLAINT**<br><br>(Breach of Contract/Bad Faith) |

Plaintiff Craig Urban ("Plaintiff") alleges for his Complaint against Defendant Health Net Life Insurance Company, (hereinafter referred to as "Health Net") as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.  At all relevant times, Plaintiff was a resident of Maricopa County, Arizona.

2.  Defendant is a foreign insurance company domiciled in California and at all relevant times conducted business in Maricopa County, Arizona pursuant to its license to operate in Arizona.

Page 1 of 4

3. Plaintiff claims damages and other relief in excess of the minimum jurisdictional requirements of this Court.

4. Plaintiff also claims damages and other relief in excess of the compulsory arbitration limits set forth under Rules 72-76, Arizona Rules of Civil Procedure.

5. Based upon the foregoing, jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

6. Plaintiff incorporates each of the paragraphs above as if fully set forth herein.

7. On or about June 10, 2014, Plaintiff sustained serious bodily injuries in an automobile accident.

8. At the time of the accident, Plaintiff maintained a health insurance policy with Health Net.

9. As a result of the motor vehicle accident, Plaintiff incurred a substantial amount of medical bills, some of which were paid out-of-pocket.

10. On or about September 22, 2015, in an attempt to seek reimbursement for these various expenses, Plaintiff submitted a letter along with pertinent medical bills to Health Net requesting compensation totaling $32,773.40. Plaintiff is entitled to said reimbursement under the policy provided by Health Net.

11. Various telephone calls and email communications were sent to Health Net in attempt to resolve the issue, however, Health Net repeatedly failed to respond to these inquiries.

12. Plaintiff brings this action pursuant to his contractual rights under his health insurance policy with Health Net.

## COUNT I
### (Breach of Contract)

13. Plaintiff hereby incorporates each and every allegation in paragraphs 1-12 above as if fully set forth herein.

14. Health Net's acts and omissions set forth above constitute a breach of their contractual insurance obligation to Plaintiff.

15. As a result of Health Net's acts and omissions set forth above, Plaintiff lost a significant amount of out-of-pocket expenses which he was entitled to receive through his insurance policy with Health Net.

16. Health Net's acts and omissions as set forth above exemplify an intentional pattern of bad faith and unfair dealing implied by Arizona law in its respective insurance policy with Plaintiff.

## COUNT II
### (Bad Faith and Unfair Dealing)

17. Plaintiff reasserts and incorporates all of the allegations contained in paragraphs 1-16 above as if fully set forth herein.

18. The acts and omissions of Health Net, as set forth above, constitute bad faith.

19. The acts and omissions of Health Net, as set forth above, constitute "evil hands" being directed by an "evil mind" as defined in Arizona law.

20. As a result of Health Net's "evil mind," Plaintiff is entitled to an award of punitive damages.

WHEREFORE, Plaintiff prays for judgment against Health Net as follows:

- For general compensatory damages in an amount to be determined by a jury;

- For punitive damages in an amount to be determined by a jury;

- For attorneys' fees and costs pursuant to the parties' written contract, A.R.S. § 12-341.01, A.R.S. § 12-349, and/or any other applicable law or statute;

- For pre-judgment interest on any liquidated damages at the applicable rate of interest accruing from the date of Plaintiff's original written demand;

- For post-judgment interest on all damages as provided under Arizona law at the applicable rate;

- For all taxable litigation costs as defined under A.R.S. § 12-332; and

- For any other judicial or equitable relief deemed to be appropriate in this case.

DATED this 10th day of August, 2016.

HARRISON LAW GROUP PLC

By: /s/ Steven E. Harrison
Steven E. Harrison, Esq.
*Attorneys for Plaintiff*

# EXHIBIT D

MICHAEL K. JEANES, CLERK
BY ~~~~~~ DEP
FILED
16 AUG 11 AM 11: 42

Steven E. Harrison No. 010632
sharrison@hhlaw-az.com
Matthew S. Harrison No. 030769
mharrison@hhlaw-az.com
**HARRISON LAW GROUP** PLC
2158 North Gilbert Road, Suite 113
Mesa, Arizona 85203
Telephone (480) 339-4439
Facsimile (480) 339-4441

*Attorneys for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CRAIG URBAN, a married man,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET LIFE INSURANCE COMPANY, a foreign insurance company domiciled in California,<br><br>Defendant. | Case No. CV2016-096184<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

Pursuant to Rule 72, Arizona Rules of Civil Procedure, Plaintiff certifies that the largest award sought by Plaintiff, including punitive damages, but excluding interest, attorneys' fees, and costs **does** exceed the limits set by Local Rules and **is not** subject to the Uniform Rules of Procedure for Arbitration.

DATED this 10th day of August, 2016.

**HARRISON LAW GROUP** PLC

By: /s/ Steven E. Harrison
Steven E. Harrison, Esq.
Matthew S. Harrison, Esq.
*Attorneys for Plaintiff*

# EXHIBIT E

Superior Court of Arizona
In Maricopa County

## CV2016-096184

**Plaintiff's Attorney:**
Steven E. Harrison

**Attorney's Bar Number:** 0106321

MICHAEL K. JEANES, CLERK
BY _____ DEP

FILED
16 AUG 11 AM 11:41

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language: _____

To the best of my knowledge, all information is true and correct.

_____
Attorney/Pro Per Signature (If no attorney, YOUR signature)

**Plaintiff's Name(s):** (List all)
Craig Urban

**Plaintiff's Address:**
c/o Harrison Law Group, PLC

2158 North Gilbert Road, Suite 113

Mesa, Arizona 85203

(List additional plaintiffs on page two and/or attach a separate sheet).

**Defendant's Name(s):** (List all.)

Health Net Life Insurance Company

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:
(if applicable)
☐ Temporary Restraining Order
☐ OSC – Order to Show Cause
☐ Employer Sanction
☐ Provisional Remedy
☐ Election Challenge
☐ Other _____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES  Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

### NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☒ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures

☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**
- [ ] 156 Eminent Domain/Condemnation
- [x] 151 Eviction Actions (Forcible and Special Detainers)
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment
- [ ] 158 Quiet Title
- [ ] 160 Forfeiture
- [ ] 175 Election Challenge
- [ ] 179 Employer Sanction Action (A.R.S. §23-212)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)
- [ ] 187 Real Property
- [ ] Sexually Violent Persons (A.R.S. §36-3704) (Except Maricopa County)
- [ ] Minor Abortion (See Juvenile in Maricopa County)
- [ ] Special Action Against Lower Courts (See lower court appeal cover sheet in Maricopa)
- [ ] 194-Immigration Enforcement Challenge (§§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
- [ ] Notice of Appeal pursuant to A.R.S. § 12-904 (formerly "Administrative Review") (Use lower court appeal cover sheet in Maricopa)
  - Case No. _____
  - Case No. _____
  - Case No. _____
- [ ] 150 Tax Appeal

(All other tax matters must be filed in the AZ Tax Court)

- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute - Other
- [ ] 159 Restoration of Civil Rights (Federal)
- [ ] 159 Clearance of Records (A.R.S. §13-4051)
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain–Light Rail Only
- [ ] 177 Interpleader– Automobile Only
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute - Discrimination
- [ ] 185 Employment Dispute - Other
- [ ] 195(a) Amendment of Marriage License
- [ ] 195(b) Amendment of Birth Certificate
- [ ] 163 Other _____

(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- [ ] Antitrust/Trade Regulation
- [ ] Construction Defect with many parties or structures
- [ ] Mass Tort
- [ ] Securities Litigation with many parties
- [ ] Environmental Toxic Tort with many parties
- [ ] Class Action Claims
- [ ] Insurance Coverage Claims arising from the above-listed case types
- [ ] A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

John C. West – 007233
Direct Dial: 602.262.5781
Email: jwest@lrrc.com

Justin J. Henderson – 026930
Direct Dial: 602.262.5738
jhenderson@lrrc.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Urban, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Health Net Life Insurance Company, a foreign insurance company domiciled in California,<br><br>Defendant. | No._____<br><br>**VERIFICATION OF JOHN C. WEST IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL** |

John C. West declares as follows:

1. I am an attorney at the law firm of Lewis Roca Rothgerber Christie LLP and I am counsel of record for Defendant Health Net Life Insurance Company in this matter. This Verification is in support of Defendant's Notice of Removal.

2. Pursuant to 28 U.S.C. § 1446(a) and L.R.Civ. 3.6(b), Defendant has filed a true and complete copy of all pleadings and other documents that were previously filed with the Maricopa County Superior Court as Exhibits A-E to Defendant's Notice of Removal.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of September, 2016.

_____
John C. West

2010850970_1