IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Urban, a married man,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Health Net Life Insurance Company, a foreign insurance company domiciled in California,<br><br>　　　　Defendant. | No. CV-16-03107-PHX-MHB<br><br>**ORDER** |

　　　Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 9), good cause appearing therefore.

　　　IT IS ORDERED granting the parties' Stipulation (Doc. 9) and dismissing this matter with prejudice, each party to bear their own attorneys' fees and costs.

　　　Dated this 25th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　Honorable Michelle H. Burns
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge